FILED

12/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0409

_____

STATE OF MONTANA

     Plaintiff and Appellee,

     v.                          ORDER

KATHERINE ANNE PROCTOR,

     Defendant and Appellant.

_____

Upon consideration of The Innocence Network's motion for leave to file an amicus brief, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Amici are granted leave to file an amicus brief on or before January 15, 2025.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2024